Mervyn S. Lazarus (SBN 140492)
LAW OFFICES OF MERVYN S. LAZARUS
4340 Campus Drive, Suite 100
Newport Beach, CA 92660
(949)315-0102
E-mail: msl@proklaw.com
Attorney for Plaintiff, Correll L. Thomas

RANDALL L. WINET, STATE BAR NO. 116384
WINET PATRICK GAYER CREIGHTON & HANES
1215 WEST VISTA WAY
VISTA, CALIFORNIA 92083-6227
TELEPHONE: (760) 758-4261
rwinet@wpgch.com
Attorneys for Defendant, Police Officer C. Dillard

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORRELL L. THOMAS**<br><br>**Plaintiff,**<br><br>v.<br><br>**POLICE OFFICER C. DILLARD and DOES 1 Through 10**<br><br>**Defendants** | **CASE NO: 11-2151 IEG (NLS)**<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE OF DEFENDANT**<br><br>Hon. Cathy Ann Bencivengo |

Plaintiff Correll L. Thomas and Defendant Police Officer C. Dillard, through their Attorneys of record, hereby stipulate as follows:

1.  The parties have reached settlement on all issues raised in this matter. The parties have fully performed their obligations under their settlement agreement.

1

2. Dismissal of this case with prejudice is appropriate pursuant to Federal Rule of Civil Procedure 41(a)

**IT IS SO STIPULATED.**

LAW OFFICES OF MERVYN S LAZARUS

Dated: January 10, 2017

By /s/MSlazarus
Mervyn S. Lazarus, Attorney for plaintiff
Correll L. Thomas

WINET PATRICK GAYER
CREIGHTON & HANES

Dated: January 10, 2017

By: _____
Attorney for Defendant C. Dillard

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRELL L. THOMAS<br><br>Plaintiff,<br><br>v.<br><br>POLICE OFFICER C. DILLARD and DOES 1 Through 10<br><br>Defendants | CASE NO: 11-2151 IEG (NLS)<br><br>[PROPOSED] ORDER RE: DISMISSAL OF DEFENDANT WITH PREJUDICE<br><br>Hon. Cathy Ann Bencivengo |

Before the Court is a Notice of Settlement and Joint Stipulation. The parties have reached settlement on all issues raised in this matter. The parties have fully performed their obligations under their settlement agreement. Having read and considered the parties stipulation, and good cause appearing therefor, it is ordered as follows:

This case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated: _____, 2017      _____

Cathy Ann Bencivengo

United States District Judge

3